United States Court of Appeals
Fifth Circuit

**F I L E D**

**March 29, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-40655
Summary Calendar
_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

ARTURO MORALES-RODRIGUEZ,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:05-CR-2571-ALL
--------------------

Before KING, HIGGINBOTHAM, and GARZA, Circuit Judges.

PER CURIAM:[*]

    Arturo Morales-Rodriguez has filed an unopposed motion to
expedite this appeal and an unopposed motion to summarily affirm
the conviction and summarily vacate the sentence and remand for
resentencing in light of Lopez v. Gonzales, 127 S. Ct. 625
(2005), and United States v. Estrada-Mendoza, 475 F.3d 258 (5th
Cir. 2007).  The motions are GRANTED, the conviction is AFFIRMED,
the sentence is VACATED, and the case is REMANDED.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.